# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 DEC 12 PM 1:01
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY

vs

THE ESTATE OF JULIAN HERMOSILLO, a California Probate Estate

COPY

**SUMMONS IN A CIVIL ACTION**
Case No.

'07 CV 2326 LAB WMc

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Brian K. Mazen
MESERVE, MUMPER & HUGHES LLP
300 So. Grand Ave., 24th Fl.
Los Angeles, CA 90071
213-620-0300

An answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
P. DELA CRUZ

By _____, Deputy Clerk

DEC 1 2 2007
DATE

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

AO-440S