Linda M. Lawson (Bar No. 77130)
LLawson@mmhllp.com
Brian K. Mazen (Bar No. 130777)
BMazen@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
300 South Grand Avenue, 24th Floor
Los Angeles, California 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Plaintiff
MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY

FILED
07 DEC 12 PM 12:57
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

BY FAX

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,

Plaintiff,

v.

THE ESTATE OF JULIAN HERMOSILLO, a California Probate Estate,

Defendant.

Case No. '07 CV 2326 LAB WMc

PLAINTIFF MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY'S DISCLOSURE STATEMENT

[F.R.C.P. 7.1(a)]

Pursuant to Federal Rules of Civil Procedure, Rule 7.1(a), Plaintiff MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY ("MassMutual"), hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These disclosures are made to enable the Court to evaluate possible disqualification or recusal:

| PARTY | CONNECTION |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY | Plaintiff |
| THE ESTATE OF JULIAN HERMOSILLO | Defendant |

1  The undersigned, counsel of record for MassMutual, makes the following
2  representations: There is no publicly held corporation that controls MassMutual
3  either directly or through others. Since MassMutual is a mutual company, there is
4  no MassMutual stock and, therefore, no publicly held corporation that owns 10% or
5  more of MassMutual stock. The only publicly held or traded affiliates of
6  MassMutual are: MassMutual Mercuries Life Insurance Company, Limited
7  (Taiwan), MassMutual Life Insurance Company (Japan), formerly Aetna Heiwa,
8  MassMutual Corporate Investors, and MassMutual Participation Investors.

Dated: December 12, 2007

MESERVE, MUMPER & HUGHES LLP
Linda M. Lawson
Brian K. Mazen

By: _____
Brian K. Mazen
Attorneys for Plaintiff
MASSACHUSETTS MUTUAL LIFE
INSURANCE COMPANY