Stephen J. Estey, Esq. # 163093
steve@estey-bomberger.com
ESTEY & BOMBERGER
2869 India Street
San Diego, California 92103
Telephone: (619) 295-0035
Facsimile: (619) 295-0172

Attorney for Cross-Complainant, The Estate of Julian Hermosillo

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>THE ESTATE OF JULIAN HERMOSILLO, a California Probate Estate,<br><br>Defendants. | Case No. 07 CV 2326 LAB WMc<br><br>**DEFENDANT THE ESTATE OF JULIAN HERMOSILLO'S ANSWER TO COMPLAINT FOR RESCISSION AND DECLARATORY RELIEF**<br><br>*****JURY TRIAL DEMANDED** |

COMES NOW, DEFENDANT THE ESTATE OF JULIAN HERMOSILLO ("Defendant") and for itself and itself alone, and in answer to Plaintiff MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY's ("Mass Mutual") Complaint on file herein admits, denies and alleges as follows:

**PARTIES**

1. Defendant lacks sufficient information and belief at this time to admit or deny the statements made in paragraph 1 of Mass Mutual's Complaint and therefore denies each and every statement in paragraph 1.

2. Defendant lacks sufficient information and belief at this time to admit or deny the statements made in paragraph 2 of Mass Mutual's Complaint and therefore denies each and every

1

ANSWER TO COMPLAINT FOR RESCISSION AND DECLARATORY RELIEF

statement in paragraph 2.

3. Defendant admits the statements made in paragraph 3 of Mass Mutual's Complaint.

4. Defendant admits the statements made in paragraph 4 of Mass Mutual's Complaint.

## JURISDICTION AND VENUE

5. Defendant admits the statements made in paragraph 5 of Mass Mutual's Complaint.

6. Defendant admits the statements made in paragraph 6 of Mass Mutual's Complaint.

## FACTUAL BACKGROUND

7. Defendant lacks sufficient information and belief at this time to admit or deny the statements made in the Factual Background paragraphs of Mass Mutual's Complaint and therefore denies each and every statement in paragraphs 7-36 of the Complaint.

## FIRST CLAIM FOR RELIEF
### (Rescission- Against All Defendants)

8. Defendant refers to, and by this reference incorporates as though fully set forth herein, each and ever admission, denial and allegation contained in paragraphs 1-37 of the Complaint.

9. Defendant denies each and every allegation contained in paragraph 38.

10. Defendant denies each and every allegation contained in paragraph 39.

11. Defendant denies each and every allegation contained in paragraph 40.

12. Defendant denies each and every allegation contained in paragraph 41.

13. Defendant denies each and every allegation contained in paragraph 42.

14. Defendant denies each and every allegation contained in paragraph 43.

15. Defendant denies each and every allegation contained in paragraph 44.

16. Defendant denies each and every allegation contained in paragraph 45.

17. Defendant denies each and every allegation contained in paragraph 46.

18. Defendant denies each and every allegation contained in paragraph 47.

## SECOND CLAIM FOR RELIEF
### (Declaratory Relief-Against All Defendants)

19. Defendant refers to, and by this reference incorporates as though fully set forth herein, each and ever admission, denial and allegation contained in paragraphs 1-48 of the Complaint.

20. Defendant admits each and every allegation contained in paragraph 49.

21. Defendant denies each and every allegation contained in paragraph 50.

22. Defendant denies each and every allegation contained in paragraph 51.

23. Defendant admits each and every allegation contained in paragraph 52.

24. Defendant admits each and every allegation contained in paragraph 53.

25. Defendant admits each and every allegation contained in paragraph 54.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state facts sufficient upon which to base a cause of action.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff's Complaint fails to state facts upon which any claim for relief may be granted.

**WHEREFORE,** Defendants pray judgment as follows:

1. That Plaintiff take nothing by its Complaint against these answering Defendants; or

2. For costs of suit and litigation expenses herein incurred; and

3. For such other and further relief as the Court may deem proper.

Dated: February 25, 2008

Respectfully submitted,

ESTEY & BOMBERGER, LLP

/s/ Stephen J. Estey
STEPHEN J. ESTEY,
Attorney for Defendant The Estate of Julian Hermosillo