UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

Title of Case:  )  Case No. 07 CV 2326 LAB WMc
)
MASSACHUSETTS MUTUAL  )
LIFE INSURANCE COMPANY  )
vs.  )
THE ESTATE OF JULIAN  )
HERMOSILLO  )
)
Stephen J. Estey, Esq.  )
SB # 163093  )
**ESTEY & BOMBERGER, LLP**  )
2869 India Street  )
San Diego, CA 92103  )
(619) 295-0035; Fax (619) 295-0172  )
)
Attorneys for Defendant  )
)

## DECLARATION OF SERVICE

I am employed in the County of San Diego, State of California. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service. I am over the age of eighteen years and am not a party to the within entitled action; my business address is 2869 India Street, San Diego, CA 92103.

On February 26, 2008, I served the following:

**DEFENDANT THE ESTATE OF JULIAN HERMOSILLO'S ANSWER TO COMPLAINT FOR RESCISSION AND DECLARATORY RELIEF**

on the below parties in this action by placing a true copy (copies) thereof in a separate envelope(s), addressed as shown, for collection and mailing on the below indicated day pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business:

Linda M. Lawson
Brian K. Mazen
MESERVE, MUMPER & HUGHES, LLP
300 Grand Avenue, 24th Floor
Los Angeles, CA 90071-3185
Telephone: (213) 620-0300
Facsimile: (213) 625-1930
Attorneys for Plaintiff

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on this 26th day of February, 2008 at San Diego, California.

*/s/ Megan R. Weiss*
MEGAN R. WEISS

Page 1
PROOF OF SERVICE