Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

[SEE ATTACHED CAPTION PAGE]

vs

FILED
08 FEB 29 PM 2:02
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: CP  DEPUTY

SUMMONS IN A CIVIL ACTION ON THE
Case No. 07 CV 2326 LAB Wmc  CROSS-COMPLAINT

TO: (Name and Address of Defendant)

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Stephen J. Estey, Estey & Bomberger, LLP          (619) 295-0035
2869 India Street
San Diego CA 92103

   An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                    2/29/08
CLERK                                      DATE

By  C. PUTMANN  Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

Stephen J. Estey, Esq. # 163093
ESTEY & BOMBERGER
2869 India Street
San Diego, California 92103
Telephone: (619) 295-0035
Facsimile: (619) 295-0172

Attorney for Cross-Complainants

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>THE ESTATE OF JULIAN HERMOSILLO, a California Probate Estate,<br><br>　　　　Defendants.<br>_____<br>THE ESTATE OF JULIAN HERMOSILLO, a California Probate Estate and TITO HERMOSILLO,<br><br>　　　　Cross-Complainants,<br><br>　　vs.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY,<br><br>　　　　Cross-Defendant. | Case No. 07 CV 2326 LAB WMc<br><br>**CROSS-COMPLAINT FOR BREACH OF CONTRACT AND BAD FAITH**<br><br><br><br><br><br><br><br><br><br><br><br><br><br>***JURY TRIAL DEMANDED** |

1

CROSS-COMPLAINT FOR BREACH OF CONTRACT AND BAD FAITH