# PROOF OF SERVICE BY ELECTRONIC SERVICE
# THROUGH THE USDC-SOUTHERN DISTRICT

STATE OF CALIFORNIA        )
                           )  ss.:
COUNTY OF LOS ANGELES      )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 24th Floor, Los Angeles, California 90071-3185.

      On March 17, 2008, through the USDC-Southern District, an CM/ECF Notice of Electronic Filing was served on interested parties informing them that the following document had been filed and was accessible through the Court's CM/ECF link:

**MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY'S ANSWER TO CROSS-COMPLAINT**

[X]    (E-MAIL) through the United States District Court, Southern District's CM/ECF Notice of Electronic Filing to the e-mail addresses listed below.

**COUNSEL FOR DEFENDANTS**
Steve@estey-bomberger.com
info@estey-bomberger.com

Whose mailing address is:

Stephen J. Estey, Esq.
ESTEY & BOMBERGER
2869 India Street
San Diego, CA 92103

      Executed on March 17, 2008, at Los Angeles, California.

      I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the filing was made and that the foregoing is true and correct.

| TINA M. ABRANTE | /S TINA M. ABRANTE |
| --- | --- |
| (Type or print name) | (Signature) |

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

- 92049.1