1  Linda M. Lawson (Bar No. 77130)
   LLawson@mmhllp.com
2  Brian K. Mazen (Bar No. 130777)
   BMazen@mmhllp.com
3  MESERVE, MUMPER & HUGHES LLP
   300 South Grand Avenue, 24th Floor
4  Los Angeles, California 90071-3185
   Telephone: (213) 620-0300
5  Facsimile: (213) 625-1930

6  Attorneys for Plaintiff and Cross-Defendant
   MASSACHUSETTS MUTUAL LIFE
7  INSURANCE COMPANY

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 | MASSACHUSETTS MUTUAL LIFE       ) Case No. 07 CV 2326 LAB (WMc)
   | INSURANCE COMPANY,              )
12 |                                 ) NOTICE OF SETTLEMENT
   |         Plaintiff,              )
13 |                                 )
   |     vs.                         )
14 |                                 )
   | THE ESTATE OF JULIAN            )
15 | HERMOSILLO, a California Probate )
   | Estate,                         )
16 |                                 )
   |         Defendant.              )
17 |                                 )
   |_____)
18 |                                 )
   | THE ESTATE OF JULIAN            )
19 | HERMOSILLO, a California Probate )
   | Estate and TITO HERMOSILLO,     )
20 |                                 )
   |     Cross-Complainants,         )
21 |                                 )
   |     vs.                         )
22 |                                 )
   | MASSACHUSETTS MUTUAL LIFE       )
23 | INSURANCE COMPANY,              )
   |                                 )
24 |         Cross-Defendant.        )
   |_____)
25

26     TO THE ABOVE-ENTITLED COURT AND TO ALL PARTIES HEREIN

27 AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

28

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

93818.1                          1                    NOTICE OF SETTLEMENT

1  PLEASE TAKE NOTICE that the above-captioned action has been settled
2  subject to the parties executing a formal, written settlement agreement. The parties
3  are in the process of preparing the necessary documentation and anticipate filing a
4  Stipulation for Dismissal and [Proposed] Order Thereon within the next 45-days.

6  Dated: May 30, 2008           MESERVE, MUMPER & HUGHES LLP
                                  Linda M. Lawson
7                                 Brian K. Mazen

8                                 By:    //s Brian K. Mazen
9                                    Brian K. Mazen
                                     Attorneys for Plaintiff and Cross-
10                                   Defendant MASSACHUSETTS
                                     MUTUAL LIFE INSURANCE
11                                   COMPANY

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

93818.1                           2                    NOTICE OF SETTLEMENT

Case 3:07-cv-02326-LAB-WMC   Document 9   Filed 05/30/2008   Page 3 of 3

# PROOF OF SERVICE BY ELECTRONIC SERVICE
# THROUGH THE USDC-SOUTHERN DISTRICT

STATE OF CALIFORNIA      )
                         ) ss.:
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 300 South Grand Avenue, 24th Floor, Los Angeles, California 90071-3185.

On May 30, 2008, through the USDC-Southern District, an CM/ECF Notice of Electronic Filing was served on interested parties informing them that the following document had been filed and was accessible through the Court's CM/ECF link:

**NOTICE OF SETTLEMENT**

[X]   (E-MAIL)   through the United States District Court, Southern District's CM/ECF Notice of Electronic Filing to the e-mail addresses listed below.

**COUNSEL FOR DEFENDANTS**
Steve@estey-bomberger.com
info@estey-bomberger.com

Whose mailing address is:

Stephen J. Estey, Esq.
ESTEY & BOMBERGER
2869 India Street
San Diego, CA  92103

Executed on May 30, 2008, at Los Angeles, California.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the filing was made and that the foregoing is true and correct.

|  TINA M. ABRANTE  | //S TINA M. ABRANTE |
|---|---|
| (Type or print name) | (Signature) |

**MESERVE, MUMPER & HUGHES LLP**

93818.1                           3                    NOTICE OF SETTLEMENT