# MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

<u>Case</u>: Massachusetts v. Estate of Julian Hermosillo     <u>Case No</u>: 07cv2326-LAB (WMC)
(and related cross-action)

<u>HON</u>. Larry A. Burns          CT. DEPUTY (n/a)          Rptr. (n/a)

<u>Present</u>

<u>Plaintiff(s)</u>:     No appearance.

<u>Defendant(s)</u>:     No appearance.

In consideration of the parties' Joint Status Report summarizing the technical impediments to executing the Settlement Agreement to terminate this action, **IT IS HEREBY ORDERED** the parties are referred to Magistrate Judge William McCurine, Jr. for further proceedings and a resolution of the impasse.

DATED: September 2, 2008

*[signature: Larry A. Burns]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge