1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, | CASE NO. 07cv2326-LAB (WMc) |
|---|---|
| Plaintiff, | ORDER SCHEDULING SETTLEMENT CONFERENCE |
| vs. | |
| THE ESTATE OF JULIAN HERMOSILLO, | |
| Defendant. | |

On September 3, 2008, Judge Burns referred the parties in the above captioned case to this Court for possible resolution.  After reviewing the Joint Status Report Re Case and Settlement Status [Docket No. 11] the Court will schedule a settlement conference for ***OCTOBER 20, 2008, AT 2:00 P.M.***  **All named parties, all counsel, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear <u>in person at the conference</u>,** shall be prepared to discuss the claims and defenses, and shall be legally and factually prepared to discuss and resolve the case.

\\
\\
\\
\\
\\

1 \\

2 **Full authority to settle means that the individual present at the settlement conference has the**
3 **unfettered discretion and authority to: 1) fully explore settlement options and to agree at that**
4 **time to any settlement options; 2) agree at that time to any settlement terms acceptable to the**
5 **parties; 3) change the settlement position of a party; and 4) negotiate monetary awards without**
6 **being restricted to a specific sum certain**.

7     IT IS SO ORDERED.

8 DATED: September 16, 2008

*[signature: W McCurine Jr.]*

10 Hon. William McCurine, Jr.
U.S. Magistrate Judge
11 United States District Court